Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34933−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Lago
   57 Delaware Street
   Elizabeth, NJ 07206

Social Security No.:
   xxx−xx−6905

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 14, 2019.

On 3/20/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                April 11, 2019
Time:                08:30 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 21, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-34933-JKS
Jose A Lago                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Mar 21, 2019
                         Form ID: 185    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
```
db              +Jose A Lago,    57 Delaware Street,    Elizabeth, NJ 07206-1597
517223949       +Homebridge Financial Services,    c/o KLM Law Group,    216 Haddon Ave., Suite 406,
                  Collingswood, NJ 08108-2812
517833010       +New York State Dept. of Taxation & Finance,    Attn: Office of Counsel,
                  WA Harriman Campus, Bldg 9,    Albany, NY 12227-0001
517262768       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517223952      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: New Jersey Division of Taxation,    Bankruptcy Unit,    PO Box 245,
                  Trenton, NJ 08695-0267)
517223953      #+Santander,   PO Box 105255,    Atlanta, GA 30348-5255
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517223948       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 21 2019 23:46:40
                  Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,    Suite 500,    Miami, FL 33146-1873
517342559       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 21 2019 23:46:40
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                  Coral Gables, FL 33146-1837
517223950        E-mail/Text: cio.bncmail@irs.gov Mar 21 2019 23:45:50     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
517340397        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 23:48:50
                  LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                  LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517330284       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 23:46:15     Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
                                                                                             TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517223951     ##+Miriam Roman,    575 Third Avenue,    Elizabeth, NJ 07202-3931
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Mar 21, 2019
                               Form ID: 185             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:

              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Michael P. Otto    on behalf of Debtor Jose A Lago motto@ottolawoffice.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8