| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Law Office of Michael P. Otto, LLC**<br>1030 Stelton Road, Suite 102<br>Piscataway, New Jersey 08854<br>By: Michael P. Otto (MPO7635)<br>(732) 819-7000<br>(732) 819-7575<br>motto@ottolawoffice.com<br>Counsel for Debtor | Order Filed on April 10, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In re Jose Lago,<br><br>         Debtors. | Case No. 17-34933(JKS)<br><br>Hearing Date:<br><br>Judge: John K. Sherwood, U.S.B.J. |

**ORDER APPROVING THE LOAN MODIFICATION ADJUSTMENT OF THE FIRST MORTGAGE HELD BY BAYVIEW LOAN SERVICING, LLC**

The relief set forth on the following pages, numbered two (2) through __3__ is hereby **ORDERED**.

**DATED: April 10, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

In re:       Jose Lago

Case No:    17-34933(JKS)

This matter having been opened to the Court by the Law Office of Michael P. Otto, LLC, attorneys for the Debtor, Jose Lago, Michael P. Otto, Esq. appearing, for an Order approving the loan modification adjustment of the first mortgage loan held by Bayview Loan Servicing; notice having been given to all creditors; all objections having been resolved; and for good cause shown;

**IT IS** hereby **ORDERED** as follows:

1. The Debtor's loan modification adjustment with Bayview Loan Servicing, LLC is hereby approved under the terms set forth in the Loan Modification Agreement Adjustment.

2. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its Proof of Claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification.

3. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending the completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

4. In the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.

5. In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the

provisions of the confirmed plan.

6. Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

7. With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days after completion of the loan modification.