Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−34933−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Lago
   57 Delaware Street
   Elizabeth, NJ 07206

Social Security No.:
   xxx−xx−6905

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      10/8/20
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Michael P. Otto, Debtor's Attorney

COMMISSION OR FEES
$6675.00

EXPENSES
$557.83

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 17, 2020
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34933-JKS
Jose A Lago                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2            Date Rcvd: Sep 17, 2020
                            Form ID: 137           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db             +Jose A Lago,    57 Delaware Street,     Elizabeth, NJ 07206-1597
517223949      +Homebridge Financial Services,     c/o KLM Law Group,    216 Haddon Ave., Suite 406,
                 Collingswood, NJ 08108-2812
517833010      +New York State Dept. of Taxation & Finance,     Attn: Office of Counsel,
                 WA Harriman Campus, Bldg 9,    Albany, NY 12227-0001
517262768      +SANTANDER CONSUMER USA,     P.O. Box 560284,    Dallas, TX 75356-0284
517223952     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,    Bankruptcy Unit,   PO Box 245,
                 Trenton, NJ 08695-0267)
517223953      +Santander,    PO Box 105255,    Atlanta, GA 30348-5255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2020 01:18:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2020 01:18:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517223948      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 18 2020 01:18:41
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,   Suite 500,   Miami, FL 33146-1873
517342559      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 18 2020 01:18:41
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
517223950       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 18 2020 01:17:54     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517340397       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2020 01:22:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517330284      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2020 01:18:15     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517223951    ##+Miriam Roman,    575 Third Avenue,    Elizabeth, NJ 07202-3931
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com

```
District/off: 0312-2          User: admin                Page 2 of 2            Date Rcvd: Sep 17, 2020
                              Form ID: 137               Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Melissa S DiCerbo  on behalf of Creditor  Bayview Loan Servicing, LLC, a Delaware Limited
     Liability Company nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
    Michael P. Otto  on behalf of Debtor Jose A Lago motto@ottolawoffice.com
    Rebecca Ann Solarz  on behalf of Creditor  BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
     LIABILITY COMPANY rsolarz@kmllawgroup.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                      TOTAL: 8