Order Filed on October 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Michael P. Otto, LLC
1030 Stelton Road, Suite 102
Piscataway, NJ  08854
732-819-7000
732-819-7575 Fax
motto@ottolawoffice.com
Michael P. Otto, Esq.
(MPO7635)
Counsel for the Debtor(s)

In Re:

Jose Lago,

Debtor.

Case No.:    17-34933

Chapter:    13

Judge:    JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 22, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Michael P. Otto, Esq._____, the applicant, is allowed a fee of $ _____6,675.00_____ for services rendered and expenses in the amount of $_____557.83_____ for a total of $_____7,232.83_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*