UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Michael P. Otto, LLC
1030 Stelton Road, Suite 102
Piscataway, NJ  08854
732-819-7000
732-819-7575 Fax
motto@ottolawoffice.com
Michael P. Otto, Esq.
(MPO7635)
Counsel for the Debtor(s)

Order Filed on October 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jose Lago,

Debtor.

Case No.:    17-34933

Chapter:    13

Judge:    JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 22, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Michael P. Otto, Esq._____, the applicant, is allowed a fee of $ _____6,675.00_____ for services rendered and expenses in the amount of $_____557.83_____ for a total of $_____7,232.83_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-34933-JKS |
| Jose A Lago | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose A Lago, 57 Delaware Street, Elizabeth, NJ 07206-1597 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

    nj-ecfmail@ecf.courtdrive.com

Michael P. Otto

    on behalf of Debtor Jose A Lago motto@ottolawoffice.com

Rebecca Ann Solarz

    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8